# LEVIN-EPSTEIN & ASSOCIATES, P.C.
_____

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

April 27, 2023

*VIA ECF*
The Honorable Dora L. Irizarry, U.S.D.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *Perez Farias v. Rainbow Cleaning Service, LLC et al*
                 **Case No.: 1:23-cv-02763-DLI-TAM**

Dear Honorable Judge Irizarry:

      This law firm represents Plaintiff Yuri Perez Farias (the "Plaintiff") in the above-referenced matter.

      Pursuant to the directives in Your Honor's April 14, 2023 Order to Show Cause, this letter respectfully serves to advise the Court that Plaintiff consents to the transferal of this action ot the Southern District of New York, pursuant to 28 U.S.C. § 1404(a).

      Thank you, in advance, for your time and attention to this matter.

                                  Respectfully submitted,

                                  LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                  By:  */s/ Jason Mizrahi*
                                       Jason Mizrahi, Esq.
                                      60 East 42nd Street, Suite 4700
                                     New York, New York 10165
                                     Tel. No.:  (212) 792-0048
                                     Email: Jason@levinepstein.com
                                     *Attorneys for Plaintiff*

VIA ECF: All Counsel